# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-3707

_____

Danis Flaudia Reyes

*Petitioner*

v.

Matthew G. Whitaker, Acting Attorney General of the United States of America

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: February 4, 2019
Filed: February 7, 2019
[Unpublished]

_____

Before BENTON, BOWMAN, and STRAS, Circuit Judges.

_____

PER CURIAM.

Guatemalan citizen Danis Flaudia Reyes petitions for review of an order of the Board of Immigration Appeals (BIA) denying her motion to reopen her removal proceedings.

After careful review, we conclude that the BIA's denial was not an abuse of its discretion.  See <u>Khrystotodorov v. Mukasey</u>, 551 F.3d 775, 785 (8th Cir. 2008) (standard of review); 8 C.F.R. § 1003.2(c)(1) ("A motion to reopen proceedings shall not be granted unless it appears to the Board that evidence sought to be offered is material and was not available and could not have been discovered or presented at the former hearing . . . .").  We deny the petition.

_____